13146, 13147. KENNEDY *et al.* v. DEXTER BANKING COMPANY;
and *vice versa.*

BELL, J. Where property has been pledged to secure a debt and is wrong-
fully sold by the pledgee, who, nevertheless applies a part of the pro-
ceeds to the payment of the debt and tenders the balance to the pledgor
as a settlement of their respective rights in the property, an acceptance
by the pledgor of the sum tendered, with full knowledge at the time
of all the facts, will be held a ratification of the sale, although such
acceptance was under protest; the pledgee not having at the time agreed
that such acceptance might be made without prejudice. The action was
in trover, and the court did not err in granting a nonsuit. *Reynolds
Banking Co.* v. *Neisler,* 130 *Ga.* 789 (61 S. E. 828); *Stanley* v. *City of
Glennville,* 140 *Ga.* 306 (2a) (78 S. E. 1064).
*Judgment on the main bill of exceptions affirmed; cross-bill dismissed.
Jenkins, P. J., and Stephens, J., concur.*

DECIDED SEPTEMBER 23, 1922.

Action for damages; from Laurens superior court — Judge
Kent. October 27, 1921.

*G. C. Bidgood, Larsen & Crockett, Hines & Jordan,* for plain-
tiffs.

*S. C. New, M. H. Blackshear,* for defendant.